**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:    213.972.4500
FACSIMILE:    213.486.0065
MICHAEL SONG (CA BAR NO. 243,675)
msong@foley.com

**FOLEY & LARDNER LLP**
975 PAGE MILL RD
PALO ALTO, CA 94304
TELEPHONE:    650.856.3700
FACSIMILE:    650.856.3710
GEORGE C. BEST (CA BAR NO. 255,555)
gbest@foley.com

**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 3500
WASHINGTON, DC 20007-5109
TELEPHONE:    202.672.5300
FACSIMILE:    202.672.5399
MELINDA LEVITT (TO BE ADMITTED *PRO HAC VICE*)
mlevitt@foley.com

Attorneys For Plaintiff ALEURONE CORPORATION

KEKER & VAN NEST LLP
JEFFREY R. CHANIN-  #103649
MATTHIAS KAMBER - #232147
MATAN SHACHA - #262348
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
VENTRIA BIOSCIENCE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ALEURONE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>VENTRIA BIOSCIENCE, INCORPORATED<br><br>Defendant. | Case No: 2:10-CV-00501-FCD-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND TO MOVE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Defendant Ventria Bioscience, Incorporated ("Ventria") and plaintiff Aleurone Corporation ("Aleurone") hereby stipulate and agree as follows:

1. **WHEREAS**, Ventria's Answer is currently due April 12, 2010;

2. **WHEREAS**, a hearing on Aleurone's motion for a preliminary injunction is currently scheduled for April 23, 2010;

3. **WHEREAS,** no extensions have been sought or obtained to date by the parties as to these matters**;**

4. **WHEREAS,** the parties have met and conferred and desire to continue the hearing on Aleurone's motion for a preliminary injunction and to extend the deadlines for the related briefs and for the filing of Ventria's Answer**;**

**THEREFORE**, the parties stipulate and agree as follows:

1. The deadline for Ventria to file its Answer shall be extended to May 12, 2010 (30 days);

2. The hearing on Aleurone's motion for a preliminary injunction shall be continued to May 21, 2010 (28 days); and

3. The deadlines for filing briefs related to Aleurone's motion for a preliminary injunction shall be calculated as provided for in the Court's rules, based upon the new hearing date.

**IT IS SO STIPULATED.**

Dated:  March 29, 2010                                        KEKER & VAN NEST LLP


                                                              By: /s/ Matthias Kamber
                                                                  (as authorized on 29 March 2010)
                                                              JEFFREY R. CHANIN
                                                              MATTHIAS KAMBER
                                                              MATAN SHACHAM
                                                              Attorneys for Defendant
                                                              VENTRIA BIOSCIENCE, INC.

1  Dated: March 29, 2010                              FOLEY & LARDNER LLP

2

3
                                                By:   /s/ George C. Best
4                                                     MICHAEL J. SONG
                                                      GEORGE C. BEST
5                                                     MELINDA LEVITT
                                                      Attorneys for Plaintiff
6                                                     ALEURONE CORPORATION

7

8
         **IT IS SO ORDERED**.
9

10
    Dated: March 30, 2010
11                                              _____
                                                FRANK C. DAMRELL, JR.
12                                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAGE 3

CASE NO.: 2:10-CV-00501-FCD-KJM

SVCA_354508.1