**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:    213.972.4500
FACSIMILE:    213.486.0065
MICHAEL SONG (CA BAR NO. 243,675)
msong@foley.com

**FOLEY & LARDNER LLP**
975 PAGE MILL RD
PALO ALTO, CA 94304
TELEPHONE:    650.856.3700
FACSIMILE:    650.856.3710
GEORGE C. BEST (CA BAR NO. 255,555)
gbest@foley.com

**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 3500
WASHINGTON, DC 20007-5109
TELEPHONE:    202.672.5300
FACSIMILE:    202.672.5399
MELINDA LEVITT (TO BE ADMITTED *PRO HAC VICE*)
mlevitt@foley.com

Attorneys For Plaintiff ALEURONE CORPORATION

**KEKER & VAN NEST LLP**
JEFFREY R. CHANIN-  #103649
MATTHIAS KAMBER - #232147
MATAN SHACHA - #262348
710 SANSOME STREET
SAN FRANCISCO, CA  94111-1704
TELEPHONE:  (415) 391-5400
FACSIMILE:  (415) 397-7188

Attorneys for Defendant VENTRIA BIOSCIENCE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEURONE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>VENTRIA BIOSCIENCE, INCORPORATED<br><br>Defendant. | Case No: 2:10-CV-00501-FCD-KJM<br><br>**SECOND STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND TO MOVE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Defendant Ventria Bioscience, Incorporated ("Ventria") and plaintiff Aleurone Corporation ("Aleurone") hereby stipulate and agree as follows:

1. **WHEREAS**, Ventria's Answer is currently due May 12, 2010;

2. **WHEREAS**, a hearing on Aleurone's motion for a preliminary injunction is currently scheduled for May 21, 2010;

3. **WHEREAS,** only one prior extension has been sought and obtained to date by the parties as to these matters (March 30, 2010 – Dkt. No. 23)**;**

4. **WHEREAS,** the parties have met and conferred and desire to continue the hearing on Aleurone's motion for a preliminary injunction and to extend the deadlines for the related briefs and for the filing of Ventria's Answer**;**

**THEREFORE**, the parties stipulate and agree as follows:

1. The deadline for Ventria to file its Answer shall be extended to June 2, 2010 (21 days);

2. The hearing on Aleurone's motion for a preliminary injunction shall be continued to June 18, 2010 (28 days);

3. The deadline for Ventria to file its opposition to Aleurone's motion for a preliminary injunction shall be June 1, 2010 (25 days); and

4. The deadline for Aleurone to file its reply brief in support of its motion for a preliminary injunction shall be June 11, 2010 (28 days), as provided for in the Court's rules, based upon the new hearing date.

///
///
///
///
///
///
///
///

1  **IT IS SO STIPULATED**
   Dated:  April 30, 2010                                KEKER & VAN NEST LLP

2

3

4                                                        By:  /s/ Matthias Kamber
                                                              (as authorized on April 30, 2010)
5
                                                         JEFFREY R. CHANIN
6                                                        MATTHIAS KAMBER
                                                         MATAN SHACHAM
7                                                        Attorneys for Defendant
                                                         VENTRIA BIOSCIENCE, INC.
8
   Dated:  April 30, 2010                                FOLEY & LARDNER LLP
9

10

11                                                       By:  /s/ George C. Best
                                                              MICHAEL J. SONG
12                                                            GEORGE C. BEST
                                                              MELINDA LEVITT
13                                                       Attorneys for Plaintiff
                                                         ALEURONE CORPORATION
14

15

16       **IT IS SO ORDERED**.

17

18 Dated:   May 3, 2010
                                                         _____
19                                                       FRANK C. DAMRELL, JR.
                                                         UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28