**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:     213.972.4500
FACSIMILE:     213.486.0065
MICHAEL SONG (CA BAR NO. 243,675)
msong@foley.com

**FOLEY & LARDNER LLP**
975 PAGE MILL RD
PALO ALTO, CA 94304
TELEPHONE:     650.856.3700
FACSIMILE:     650.856.3710
GEORGE C. BEST (CA BAR NO. 255,555)
gbest@foley.com

**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 3500
WASHINGTON, DC 20007-5109
TELEPHONE:     202.672.5300
FACSIMILE:     202.672.5399
MELINDA LEVITT (*PRO HAC VICE*)
mlevitt@foley.com

Attorneys For Plaintiff ALEURONE CORPORATION

KEKER & VAN NEST LLP
JEFFREY R. CHANIN-  #103649
MATTHIAS KAMBER - #232147
MATAN SHACHA - #262348
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
VENTRIA BIOSCIENCE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ALEURONE CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>VENTRIA BIOSCIENCE, INCORPORATED<br><br>Defendant. | Case No: 2:10-CV-00501-FCD-KJM<br><br>**THIRD STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND TO MOVE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Defendant Ventria Bioscience, Incorporated ("Ventria") and plaintiff Aleurone Corporation ("Aleurone") hereby stipulate and agree as follows:

**WHEREAS**, Ventria's opposition to Aleurone's motion for a preliminary injunction is due June 1, 2010, and Ventria's Answer is currently due June 2, 2010;

**WHEREAS**, a hearing on Aleurone's motion for a preliminary injunction is currently scheduled for June 18, 2010;

**WHEREAS,** only two prior extensions have been sought and obtained to date by the parties as to these matters**;**

**WHEREAS**, the parties are actively engaged in settlement negotiations and believe that they are close to resolving this dispute; and

**WHEREAS,** the parties have met and conferred and desire to continue the hearing on Aleurone's motion for a preliminary injunction and to extend the deadlines for the related briefs and for the filing of Ventria's Answer**;**

**THEREFORE**, the parties stipulate and agree as follows:

1. The deadline for Ventria to file its Answer shall be extended to June 23, 2010 (21 days);

2. The hearing on Aleurone's motion for a preliminary injunction shall be continued to July 9, 2010 (21 days);

3. The deadline for Ventria to file its opposition to Aleurone's motion for a preliminary injunction shall be June 25, 2010;

4. The deadline for Aleurone to file its reply brief in support of its motion for a preliminary injunction shall be July 2, 2010, as provided for in the Court's rules, based upon the new hearing date; and

5. The parties shall promptly notify the Court if they enter into a settlement agreement.

///

///

///

PAGE 2

CASE NO.: 2:10-CV-00501-FCD-KJM

SVCA_360930.1

**IT IS SO STIPULATED**

| Dated: May 27, 2010 | KEKER & VAN NEST LLP |
|---|---|

By: /s/ Matthias Kamber
    JEFFREY R. CHANIN
    MATTHIAS KAMBER
    MATAN SHACHAM
    Attorneys for Defendant
    VENTRIA BIOSCIENCE, INC.

Dated: May 27, 2010                FOLEY & LARDNER LLP

By:  /s/ George C. Best
    (as authorized on May 27, 2010)
    MICHAEL J. SONG
    GEORGE C. BEST
    MELINDA LEVITT
    Attorneys for Plaintiff
    ALEURONE CORPORATION

**IT IS SO ORDERED**.

Dated: May 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE