**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:        213.972.4500
FACSIMILE: 213.486.0065
MICHAEL SONG (CA BAR NO. 243,675)
msong@foley.com

**FOLEY & LARDNER LLP**
975 PAGE MILL RD
PALO ALTO, CA 94304
TELEPHONE:        650.856.3700
FACSIMILE: 650.856.3710
GEORGE C. BEST (CA BAR NO. 255,555)
gbest@foley.com

**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 3500
WASHINGTON, DC 20007-5109
TELEPHONE:        202.672.5300
FACSIMILE: 202.672.5399
MELINDA LEVITT (*PRO HAC VICE*)
mlevitt@foley.com

Attorneys For Plaintiff ALEURONE CORPORATION

**KEKER & VAN NEST LLP**
JEFFREY R. CHANIN-  #103649
MATTHIAS KAMBER - #232147
MATAN SHACHAM - #262348
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
VENTRIA BIOSCIENCE, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| ALEURONE CORPORATION | Case No: 2:10-CV-00501-FCD-KJM |
| Plaintiff, | **FOURTH STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND TO MOVE HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| VENTRIA BIOSCIENCE, INCORPORATED | |
| Defendant. | |

Defendant Ventria Bioscience, Incorporated ("Ventria") and plaintiff Aleurone Corporation ("Aleurone") hereby stipulate and agree as follows:

**WHEREAS**, Ventria's opposition to Aleurone's motion for a preliminary injunction is due June 25, 2020, and Ventria's Answer is currently due June 23, 2010;

**WHEREAS**, a hearing on Aleurone's motion for a preliminary injunction is currently scheduled for July 9, 2010;

**WHEREAS,** three prior extensions have been sought or obtained to date by the parties as to these matters;

**WHEREAS,** the parties continue to be actively engaged in settlement negotiations and are making progress towards a settlement, but have not yet been able to finalize an agreement; and

**WHEREAS,** the parties have met and conferred and desire to continue the hearing on Aleurone's motion for a preliminary injunction and to extend the deadlines for the related briefs and for the filing of Ventria's Answer;

**THEREFORE**, the parties stipulate and agree as follows:

1.      The deadline for Ventria to file its Answer shall be extended to August 6, 2010 (44 days);

2.      The hearing on Aleurone's motion for a preliminary injunction shall be continued to August 20, 2010 (42 days);

3.      The deadline for Ventria to file its opposition to Aleurone's motion for a preliminary injunction shall be August 6, 2010;

4.      The deadline for Aleurone to file its reply brief in support of its motion for a preliminary injunction shall be August 13, 2010, as provided for in the Court's rules, based upon the new hearing date; and

5.      The parties shall promptly notify the Court if they enter into a settlement agreement.

**IT IS SO STIPULATED**

Dated:  June 18, 2010                                KEKER & VAN NEST LLP



                                                    By: */s/ Matthias Kamber*
                                                    JEFFREY R. CHANIN
                                                    MATTHIAS A. KAMBER
                                                    MATAN SHACHAM
                                                    Attorneys for Defendant
                                                    VENTRIA BIOSCIENCE, INC.


Dated:  June 18, 2010                                FOLEY & LARDNER LLP



                                                    By: */s/ George C. Best*
                                                    (as authorized on June 18, 2010)
                                                    MICHAEL J. SONG
                                                    GEORGE C. BEST
                                                    MELINDA LEVITT
                                                    Attorneys for Plaintiff
                                                    ALEURONE CORPORATION


**IT IS SO ORDERED**.



Dated:  June 18, 2010

                                                    FRANK C. DAMRELL, JR.
                                                    UNITED STATES DISTRICT JUDGE