**FOLEY & LARDNER LLP**
975 Page Mill Rd
Palo Alto, CA 94304
Telephone:   650.856.3700
Facsimile:    650.856.3710
George C. Best (CA Bar No. 255,555)
gbest@foley.com

**FOLEY & LARDNER LLP**
3000 K Street, N.W., Suite 3500
Washington, DC 20007-5109
Telephone:   202.672.5300
Facsimile:    202.672.5399
Melinda Levitt (*pro hac vice*)
mlevitt@foley.com

*Attorneys For Plaintiff*
*Aleurone Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEURONE CORPORATION,<br><br>                    Plaintiff,<br><br>        v.<br><br>VENTRIA BIOSCIENCE, INCORPORATED,<br><br>                    Defendant. | No.  2:10-CV-00501-FCD-KJM<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS** |

**STIPULATION OF DISMISSAL**
<u>**WITH PREJUDICE AND WITHOUT COSTS**</u>

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the Settlement Agreement between the Parties, Aleurone Corporation hereby stipulates to dismiss all claims herein against Ventria Bioscience, Incorporated with prejudice.

Each party shall bear its own attorneys' fees and costs. A proposed order is attached as Exhibit A.

Dated: August 5, 2010

/s/ George C. Best
MELINDA LEVITT (*pro hac vice*)
mlevitt@foley.com
**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 3500
WASHINGTON, DC 20007-5109
TELEPHONE: 202.672.5300
FACSIMILE: 202.672.5399

GEORGE C. BEST (CA BAR NO. 255,555)
gbest@foley.com
**FOLEY & LARDNER LLP**
975 PAGE MILL RD
PALO ALTO, CA 94304
TELEPHONE: 650.856.3700
FACSIMILE: 650.856.3710

*Attorneys for Plaintiff Aleurone Corp.*

### ORDER

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Entered this 5TH day of August, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE